IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD PARKS,

    Plaintiff,

v.                                      Case No.: 5:11-cv-117-SPM-GRJ

FRANK MCKEITHEN, et al,

    Defendants.
_____/

## O R D E R

Plaintiff, an inmate confined in the Bay County Jail, initiated this case by filing a *pro se* civil rights complaint pursuant to 42 U.S.C § 1983 (Doc. 1) and a motion for leave to proceed as a pauper (Doc. 2). The Complaint is deficient in that Plaintiff failed to fully complete all pages of the Court's civil rights complaint form. Further, Plaintiff failed to provide a complete financial certificate and inmate account statement in support of his motion for leave to proceed as a pauper. Plaintiff states that he requires the Court's assistance in obtaining complete financial information from jail officials. The Court will defer further review of Plaintiff's claims pending correction of these deficiencies.

Accordingly, it is **ORDERED**:

1. Plaintiff shall file an Amended Complaint, completing the complaint form in full. The Clerk has provided Plaintiff with additional blank complaint forms. Plaintiff shall file the Amended Complaint, with a service copy for each Defendant, **on or before June 16, 2011.**

2. A ruling on Plaintiff's motion for leave to proceed as a pauper, Doc. 2, is **DEFERRED** pending receipt of completed financial information, which must be filed with the Court **on or before June 16, 2011**. The **Clerk** is directed to mail a copy of this Order to the Custodian of Inmate Accounts, Bay County Jail, 5700 Star Lane, Panama City, Florida 32404. However, Plaintiff bears the ultimate

responsibility of complying with the requirements of 28 U.S.C § 1915.

3. Failure to comply with this Order as directed will result in a recommendation that this case be dismissed without further notice.

**DONE AND ORDERED** this 17th day of May 2011.

*s/ Gary R. Jones*
GARY R. JONES
United States Magistrate Judge