IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

BERNARD PARKS,

    Plaintiff,

v.                                    CASE NO.: 5:11cv117-SPM/GRJ

FRANK MCKEITHEN and
RICK ANGLIN,

    Defendants.
_____/

## ORDER

THIS CAUSE comes before the court on the magistrate judge's Report and Recommendation dated June 8, 2011, (doc. 8), recommending dismissal of Plaintiff's amended complaint for failure to state a claim for which relief may be granted. Plaintiff has filed no objections, but instead filed a second amended complaint (doc. 9).

The second amended complaint was filed without leave of Court. In any event, the amendment is futile. Plaintiff received medical treatment and care. He eventually obtained a low bunk pass. Plaintiff's disagreement with his treatment or diagnosis does not state a claim for deliberate indifference. See Hamm v. DeKalb County, 774 F.2d 1567, 1575 (11th Cir. 1985).

In accordance with Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.  Accordingly, it is hereby ORDERED as follows:

1.	The magistrate judge's report and recommendation (doc. 8) is ADOPTED and incorporated by reference in this order.

2.	Plaintiff's motion to proceed as a pauper (doc. 2) is denied.

3.	This case is dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failure to state a claim upon which relief may be granted.

DONE AND ORDERED this 13th day of July, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge